AIMEE GREEN McCOMB, appellant,

*v.*

WILLIAM McCOMB, respondent.

[Submitted July 6th, 1914.   Decided October 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported *ante p. 267.*

*Messrs. Roe, Runyon & Autenreith,* for the appellant.

*Mr. Marshall W. Van Winkle,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, HEPPENHEIMER, WILLIAMS—12.

*For reversal*—VREDENBURGH—1.